

NUMBER 13-15-00419-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GLENWOOD HAMMONS,                                                                Appellant,

v.

THE STATE OF TEXAS,                                                                Appellee.

### On appeal from the 377th District Court
### of Victoria County, Texas.

## ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Valdez and Justices Garza and Longoria
Order Per Curiam**

This cause is currently before the Court on appellant's third motion for extension of time to file the brief.   The reporter's record was filed on January 4, 2016, and appellant's brief was originally due to be filed thirty days thereafter.   *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant two extensions of time totaling 131 days to

file the brief, and appellant now seeks an additional 30 days, until July 28, 2016, to file the brief.

The Court GRANTS appellant's third motion for extension to file the brief and ORDERS the Honorable Arnold Hayden to file the brief on or before July 28, 2016. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of July, 2016.

2